[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15521
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00220-IPJ-RRA-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRANDEN SCOTT BOWSER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(October 31, 2013)

Before WILSON, FAY, and ANDERSON, Circuit Judges.

PER CURIAM:

Brian D. Clark, appointed counsel for Branden Scott Bowser in this appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bowser's conviction and sentence in the instant case are **AFFIRMED**.